Kevin W. Willhelm
State Bar No. 00785252

Willhelm Law Firm
PO Box 3536
Abilene, TX 79604
Telephone: (325)692-0900
Facsimile: (325)644-8985
E-Mail: justice@willhelmlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  24-10200-rlj-9 |
| | § | |
| NORTH RUNNELS HOSPITAL DISTRICT | § | CHAPTER  9 |
| | § | |
| DEBTOR | § | |

CERTIFICATE OF SERVICE

    I, Kevin W. Willhelm, do hereby certify I served a true and correct copy of the following: ***Order Expressly Authorizing Disclosure of Certain Limited Information Related to Patient Creditors*** entered on November 21, 2024 [Dckt #24]; ***Order Establishing Notice Procedures, Limiting Publication, And Setting Hearing Dates*** entered on November 25, 2024 [Dckt #26]; ***Order Upon Commencement Of Chapter 9 Case Establishing Certain Deadlines And Notice Of Commencement Of Case, Of The Automatic Stay And Of The Order For Relief*** entered on November 27, 2024 [Dckt #29], **and Schedules D, E, & F** entered on December 4, 2024, [Dckt #31] pursuant to 11 USC § 342 and Rule 2002 of the Federal Rules of Bankruptcy Procedure to the following listed parties by ECF and/or regular first class mail on December 4, 2024.

Attached Required Notices          Attached Service List (Matrix)
& 20 Largest Creditors

        Respectfully submitted,

        <u>/s/ Kevin W. Willhelm</u>
        Kevin W. Willhelm
        State Bar #00785252

        Willhelm Law Firm
        PO Box 3536
        Abilene, TX 79604
        Telephone: (325)692-0900
        Facsimile: (325)644-8985
        E-Mail: justice@willhelmlaw.com

**Attentive Nurse Staffing**
c/o Matthew Choate
Choate Law Firm, PLLC
PO Box 206
Abilene, TX 79604

**Adair Myers Stevenson Yagi, PLLC**
24 Greenway Plaza Ste. 1305
Houston, TX 77046

**National Resource**
Conservation Commission
PO Box 13087
Austin, TX 78711

**NHIC/Hospital Audits**
PO Box 200345
Austin, TX 78720

**OAG Texas**
Bankruptcy Regulatory Section
PO Box 12548
Austin, TX 78711

**Runnels County Appraisal District**
c/o Julie Anne Parsons
MCCREARY, VESELKA, et al
P.O. Box 1269
Round Rock, Texas 78680-1269

**Secretary of State of Texas**
PO Box 13697
Austin, TX 78711

**Texas Comptroller of Public Accounts**
111 E. 17th Street
Austin, TX 78774

**Texas Department of Public Safety**
Crime Records Division
PO Box 15999
Austin, TX 78761

**Texas Dept. of Health**
1100 W. 49th Street
Austin, TX 78756

**Texas Dept. of Insurance**
PO Box 149104
Austin, TX 78714

**Texas Dept. of State Health**
PO Box 149347
Austin, TX 78714

**Texas Health & Human Service**
Office of Ombudsman
PO Box 13247
Austin, TX 78711

**Texas Hospital Assoc.**
PO Box 2756
San Antonio, TX 78299

**Texas Org. Of Rual & Comm Hospitals**
3309 Forest Creek Drive #305
Round Rock, TX 78664

**TruBridge**
c/o Kevin Plessner
54 St. Emanuel Street
Mobile, AL 36602

**US Trustee**
1100 Commerce Street Rm 976
Dallas, TX 75242

**Novitas-Solutions/Medicare**
PO Box 3113
Mechanicsburg, PA 17050

**Ballinger Memorial Hospital**
PO Box 617
Ballinger, TX 76821

**Rural Hospital Management**
c/o Katherine T. Hopkins
Kelly Hart & Hallman LLP
201 Main St. Ste. 2500
Fort Worth, TX 76102

**Bustos Law Firm, P.C.**
PO Box 1980
Lubbock, TX 79408

**KNG Staffing Agency, LP**
PO Box 2388
San Angelo, TX 76902

**Healthsure Insurance**
5900 Southwest Parkway,
Bldg 2 Ste. 2
Austin, TX 78735

**McKesson Medical Surgical Inc.**
PO Box 660266
Dallas, TX 75266

**BCBS**
Attn: Bankruptcy Department
PO Box 65615
Dallas, TX 75265

**City of Winters**
310 S. Main St.
Winters, TX 79567

**Engie Resources, LLC**
PO Box 841680
Dallas, TX 75284

**Hendrick Medical Center**
PO Box 3117
Abilene, TX 79604

**John Clark**
PO Box 157
De Leon, TX 76444

**Ge Precision Healthcare LLC**
PO Box 96483
Chicago, IL 60693

| **Healthcare Coding & Consulting** | **Rees Admin Services, Inc.** | **Wellsky Home Health** |
|---|---|---|
| 113 Eldorado Pkwy West Ste. 200 | 1001 Hitchrack Rd. | PO Box 207613 |
| Cape Coral, FL 33914 | Bailey, CO 80421 | Dallas, TX 75320 |

| **Laboratory Corporation of America** | **Century Rehabilitation of Texas** | **Emergicon** |
|---|---|---|
| PO Box 12140 | 4703 Bluebonnet Bld. | 98 State Highway 205 |
| Burlington, NC 27216 | Baton Rouge, LA 70809 | Terrell, TX 75160 |

| | | |
|---|---|---|
| **Abbott Laboratories**<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 92679<br>CHICAGO, IL 60675 | **Zoll Medical Corp**<br>PO Box 27028<br>New York, NY 10087 | **AFCO Direct**<br>Attn: Bankruptcy Department<br>PO Box 660448<br>Dallas, TX 75266 |
| **Agriplex Flyer**<br>Attn: Bankruptcy Dept.<br>PO Box 701<br>Ballinger, TX 76821 | **Airgas USA, LLC**<br>110 West 7th St. Ste 1400<br>Tulsa, OK 74119 | **All Copy**<br>Attn: Bankruptcy Dept.<br>PO Box 545<br>Abilene, TX 79604 |
| **All Phase Business**<br>950 E. Dovlen Place Ste. B<br>Carson, CA 90746 | **American Hospital Assoc.**<br>Attn: Bankruptcy Dept.<br>PO Box 2756<br>San Antonio, TX 78299 | **American Proficiency Ins.**<br>Dept. 9526<br>PO Box 7592<br>Carol Stream, IL 60197 |
| **Angelo Water Service Co.**<br>Attn: Bankruptcy Dept.<br>1007 N. Chadbourne<br>San Angelo, TX 76903 | **Anthony Mechanical Services, Inc.**<br>PO Box 3460<br>Lubbock, TX 79452 | **Arrow Ford, Inc.**<br>4001 S. 1st<br>Street Abilene, TX 79605 |
| **AT&T Mobility**<br>Attn: Bankruptcy Dept. PO Box 6463<br>Carol Stream, IL 60197 | **Atmos Energy**<br>Attn: Bankruptcy Dept.<br>PO Box 740353<br>Cincinnati, OH 45274 | **Auto Chlor LLC**<br>PO Box 669126<br>Dallas, TX 75265 |
| **Ballinger Florist**<br>716 Hutchings<br>Ballinger, TX 76821 | **Bank Direct Capital Finance**<br>Attn: Bankruptcy Dept.<br>PO Box 660448<br>Dallas, TX 75266 | **Baxter Healthcare Corp**<br>Attn: Bankruptcy Dept.<br>PO Box 730531<br>Dallas, TX 75373 |
| **Bedford Norman Ins**<br>111 West Dale St.<br>Winters, TX 79567 | **Ben E Keith**<br>Attn: Bankruptcy Dept.<br>PO Box 2628<br>Fort Worth, TX 76113 | **Ben Helm**<br>99 Woodland Way<br>Drumright, OK 74030 |
| **Bio-Rad Laboratories, Inc.**<br>PO Box 849740<br>Los Angeles, CA 90084 | **Bloomin Flowers & More**<br>122 South Main<br>Winters, TX 79567 | **Bound Tree Medical LLC**<br>23537 Network Place<br>Chicago, IL 60673 |
| **C&C Bar Enterprises**<br>PO Box 396<br>Winters, TX 79567 | **C3HIE**<br>5535 Fredericksburg Rd., Ste. 220<br>San Antonio, TX 78229 | **Cardinal Health Med Products**<br>PO Box 730112<br>Dallas, TX 75373 |
| **Caresfield LLC**<br>PO Box 735809<br>Chicago, IL 60673 | **Cherry Road Media**<br>PO Box 1688<br>Shawnee, OK 74801 | **Cherry Road Media**<br>PO Box 1283<br>Hutchinson, KS 67504 |

| | | |
|---|---|---|
| **Choice Medical Supply**<br>17 Windmill Circle<br>Abilene, TX 79606 | **Cindy Chase Rd LD**<br>1667 Primrose<br>Temple, TX 76501 | **Cintas Corp.**<br>PO Box 650838<br>Dallas, TX 75265 |
| **Clia Laboratory Program**<br>PO Box 3056<br>Portland, OR 97208 | **Clifford Power Systems**<br>. 9310 E. 46th Street North<br>Tulsa, OK 74117 | **Clinical Pathology Labs, Inc.**<br>PO Box 141669<br>Austin, TX 78714 |
| **Coast to Coast Computer**<br>4277 Valley Fair St.<br>Simi Valley, CA 93063 | **Coleman Chronicle**<br>PO Box 840<br>Coleman, TX 76834 | **Concord Technologies**<br>PO Box 84125<br>Seattle, WA 98124 |
| **CWB Services**<br>3111 West Beauregard Ave.<br>San Angelo, TX 76904 | **De Lage Landen Financial**<br>Attn: Bankruptcy Dept.<br>PO Box 825736<br>Philadelphia, PA 19182 | **Diamond Diagnostics, Inc.**<br>Attn: Bankruptcy Dept.<br>333 Fiske Street<br>Holliston, MA 01746 |
| **Dingus Zarecore & Assoc.**<br>12015 E. Main<br>Spokane, WA 99206 | **Direct Supply, Inc.**<br>PO Box 88201<br>Milwaukee, WI 53288 | **Dollar General**<br>PO Box 415000<br>Nashville, TN 37241 |
| **Donald A. Johnson Consulting**<br>PO Box 11653<br>Fort Worth, TX 76110 | **DTG Medical Electronics**<br>8325 Melrose Dr.<br>Lenexa, KS 66214 | **E Clinical Works**<br>PO Box 847950<br>Boston, MA 02284 |
| **Edgepark Medical Supplies**<br>1810 Summit Commerce Park<br>Twinsburg, OH 44087 | **Emergicon**<br>PO Box 180446<br>Dallas, TX 75218 | **ESO Solution Inc.**<br>PO Box 679449<br>Dallas, TX 75267 |
| **Experian Health Inc**<br>PO Box 846133<br>Los Angeles, CA 90084 | **Firetrol Protection Systems**<br>1001 Ave. B<br>Lubbock, TX 79401 | **First State Bank**<br>PO Box 150<br>Abernathy, TX 79311 |
| **Fisher Healthcare** .<br>13551 Collections Crt Dr.<br>Chicago, IL 60693 | **Frontier Communications**<br>PO Box 740407<br>Cincinnati, OH 45274 | **Gateway Cabeling LLC**<br>2142 Idlewild<br>Abilene, TX 79605 |
| **GE Healthcare Financial**<br>PO Box 641419<br>Pittsburgh, PA 15264 | **Gem Medical Supplies LLC**<br>730 Anthony Trail<br>Northbrook, IL 60062 | **GNXCOR USA Inc.**<br>PO Box 935819<br>Atlanta, GA 31193 |

| | | |
|---|---|---|
| **Grainger**<br>Attn: Bankruptcy Dept.<br>PO Box 419267<br>Kansas City, MO 64141 | **Granite Telecommunications LLC**<br>PO Box 830103<br>Philadelphia, PA 19182 | **Hart Intercivic, Inc.**<br>Dept. 0453<br>PO Box 674836<br>Dallas, TX 75267 |
| **Harvey McFadden**<br>2332 Ave. I<br>Anson, TX 79501 | **HCP, LLC**<br>16501 CR 1450<br>Wolfforth, TX 79382 | **Heights Industrial Supply**<br>PO Box 8989<br>Tampa, FL 33674 |
| **Henry Schein, Inc.**<br>135 Duryea Rd.<br>Melville, NY 11747 | **Hunter Pharmacy Services**<br>Attn: Bankruptcy Dept.<br>PO Box 30573<br>Austin, TX 78755 | **ICU Medical Inc.**<br>Attn: Bankruptcy Dept.<br>PO Box 848908<br>Los Angeles, CA 90084 |
| **IDEXX Distribution, Inc.**<br>Attn: Bankruptcy Dept.<br>PO Box 101327<br>Atlanta, GA 30392 | **Industrial Chem Labs**<br>55 Brook Ave St.e G<br>Deer Park, NY 11729 | **Inovalon Provider, Inc.**<br>PO Box 856015<br>Minneapolis, MN 55485 |
| **Intermed Group Inc.**<br>13301 NW US HWY 441<br>Alachua, FL 32615 | **J&T Hardware**<br>333 S. Main<br>Winters, TX 79567 | **Johnson Controls Security**<br>PO Box 371967<br>Pittsburgh, PA 15250 |
| **Justin Heflin Music**<br>PO Box 24<br>Harper, TX 78631 | **Kenneth H. Slimp**<br>PO Box 157<br>Winters, TX 79567 | **Keri Lynn Burns**<br>7223 Ardee Drive<br>Brownwood, TX 76801 |
| **Key City Septic Service, Inc**.<br>PO Box Box 3196<br>Abilene, TX 79604 | **Lamar Companies**<br>PO Box 746966<br>Atlanta, GA 30374 | **Lexis-Nexis**<br>PO Box 733106<br>Dallas, TX 75373 |
| **Little Electric LLC**<br>262 FM 382<br>Ovalo, TX 79541 | **Malcom Supply**<br>PO Box 841388<br>Dallas, TX 75284 | **Malwarebytes**<br>3979 Freedom Circle 12th Floor<br>Santa Clara, CA 95054 |
| **Malwarebytes**<br>PO Box 736011<br>Dallas, TX 75373 | **Mandry Technology Solutions**<br>4521 98th St.<br>Lubbock, TX 79424 | **Mas Vida Health Care Solutions**<br>133 Nursery Lane<br>Fort Worth, TX 76114 |
| **Mayfield Paper Company**<br>PO Box 3889<br>San Angelo, TX 76902 | **Mckesson Corp DC8165**<br>412 South Purdue<br>Oklahoma City, OK 73179 | **Med One Capital Funding LLC**<br>PO Box 708278<br>Sandy, UT 84070 |

| | | |
|---|---|---|
| **Med Stop Pharmaceuticals**<br>7322 Southwest Frwy Ste. 1950<br>Houston, TX 77074 | **Medline Industries, Inc.**<br>Dept. 1080<br>PO Box 12180<br>Dallas, TX 75312 | **Net Health Systems, Inc.**<br>PO Box 72046<br>Cleveland, OH 44192 |
| **Novitas-Solutions/Medicare**<br>PO Box 3113<br>Mechanicsburg, PA 17050 | **Nuance Communications, Inc.**<br>1 Wayside Rd.<br>Burlington, MA 01803 | **PC Connection Sales Corp**<br>PO Box 536472<br>Pittsburgh, PA 15253 |
| **Peggy Jones RdId**<br>1934 Willow Drive<br>Abilene, TX 79602 | **Pelitas**<br>PO Box 734311<br>Dallas, TX 75373 | **Personnel Concepts**<br>PO Box 5750<br>Carol Stream, IL 60197 |
| **Pharmcare USA**<br>PO Box 226963<br>Dallas, TX 75222 | **Pitney Bowes Global Financial**<br>PO Box 981022<br>Boston, MA 02298 | **PMB Precision Medical Billing**<br>PO Box 117546<br>Atlanta, GA 30368 |
| **PMB Precision Medical Billing**<br>118 Vintage Park Blvd.<br>Houston, TX 77070 | **Pointclickcare Technologies, Inc.**<br>PO Box 674802<br>Detroit, MI 48267 | **Professional Ambulance**<br>309 FM 3381<br>Comanche, TX 76442 |
| **Radiology Assc. of Abilene, P.C.**<br>PO Box 227143<br>Dallas, TX 75222 | **Reed Claymon**<br>5608 Parkcrest Dr.<br>Austin, TX 78731 | **Reliance Wholesale, Inc.**<br>Mail Code: 520<br>PO Box Box 628231<br>Orlando, FL 32862 |
| **Runnels County Automotive**<br>612 Vancil St.<br>Winters, TX 79567 | **Runnels County Tax Office**<br>PO Box 517<br>Ballinger, TX 76821 | **Screening for Life LLC**<br>PO Box 2754<br>Abilene, TX 79604 |
| **Shredding Services of Texas Inc.**<br>PO Box 3332<br>Abilene, TX 79604 | **Siemens Healthcare**<br>PO Box 121102<br>Dallas, TX 75312 | **Smart Medical Systems**<br>14330 Midway Rd.<br>Dallas, TX 75244 |
| **Smile Makers**<br>PO Box 2543<br>Spartanburg, SC 29304 | **Smile Makers**<br>PO Box 2543<br>Spartanburg, SC 29304 | **Stryker Sales, LLC**<br>21343 Network Place<br>Chicago, IL 60673 |
| **Synchrony Bank Sams**<br>PO Box 669825<br>Dallas, TX 75266 | **Synchrony Bank/Sams**<br>Po Box 530981<br>Atlanta, GA 30353 | **Tacore Medical**<br>PO Box 1173<br>Angel Fire, NM 87710 |

**Texas A&M Health Science Center**
6000 Tamu
College Station, TX 77843

**Texas Healthcare Linen, LLC**
1349 N. Arnold Blvd.
Abilene, TX 79603

**Texas Hosp Ins. Exchange**
4849 Williams Dr.
Georgetown, TX 78633

**Torch Management Services, Inc.**
3309 Forest Creed Dr. Unit 305
Round Rock, TX 78664

**Total Network, Inc.**
417 West Travelers Trail
Burnsville, MN 55337

**Total Office Solution**
1601 N Lee Ave.
Odessa, TX 79761

**Touchtone Comm**
PO Box 780593
Philadelphia, PA 19178

**US Foods**
Attn: Bankruptcy Dept.
PO Box 840450
Dallas, TX 75284

**Vyve Broadband**
PO Box 26588
Oklahoma City, OK 73124

**Wheat Energy Services Inc.**
PO Box 367
Winters, TX 79567

**Winters Auto Tech**
914 N. Main
Winters, TX 79567

**Xerox Corp**
PO Box 802555
Chicago, IL 60680

**Staples**
PO Box 102419
Columbia, SC 29224