

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 10, 2025

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NORTH RUNNELS HOSPITAL DISTRICT | § § | CASE NO. 24-10200-swe9 |
| | § | CHAPTER 9 |
| Debtor. | § § | |

## ORDER DENYING FSB'S MOTION TO DISMISS BANKRUPTCY CASE

On this day came on for consideration First State Bank, Abernathy's ("**FSB**") Motion to Dismiss Bankruptcy Case (the "**Motion**") [Dkt. 47] seeking dismissal of the above-styled bankruptcy case (the "**Bankruptcy Case**"). The Court has reviewed the relevant pleadings, objections thereto, and considered the arguments of counsel; and determined that the Court has jurisdiction to consider the Motion and the relief requested therein; notice of the Motion and hearing were adequate and appropriate under the circumstances.

The Court finds that no objections have been filed against the Motion to Dismiss, save and except by the Debtor, North Runnels Hospital District ("**North Runnels**") [Dkt. 49]. At the hearing on this matter, the Debtor and FSB (collectively, the "**Parties**") announced on the record that they

reached a settlement agreement (the "**Settlement Agreement**") to resolve this dispute. The Parties read into the record the Settlement Agreement with the following terms:

a. Upon the order approving the Settlement Agreement becoming final and non-appealable, North Runnels Hospital District ("**North Runnels**") will pay to First State Bank, Abernathy ("**FSB**") one-half of the outstanding principal, being $671,324.71, plus accrued interest equal to $94,377.08 through June 27, 2025, and a per diem accrual from such date of $391.61, plus attorneys' fees accrued through May 31, 2025, of $52,195.21.

b. The balance of the tax revenues remaining in the Victory Bank account will then be deposited in an account opened by North Runnels at FSB, and from this account North Runnels will pay on the first business day of each month the monthly interest accrual estimated to total approximately $5,900.

c. Upon the expiration of the term of the note on October 28, 2025, provided all payments per the agreement have been made and all provisions complied with, FSB will make a new note covering the balance of the principal owing in the sum of $671,324.87 under the same terms as the old note with an annual interest rate of 10.50%, and a 2.0% origination fee, with a maturity date of December 15, 2025. North Runnels further agrees to make monthly interest payments until the maturity date of note along with the payment of all attorneys' fees incurred by the bank up through the execution of the new note.

d. This arrangement allows FSB to get the outstanding claim owing to it by North Runnels paid by the end of this calendar year while allowing North Runnels the use of one-half of the funds until the new tax revenues begin to be paid for 2025.

After due deliberation, consistent with the Parties' agreement set forth above, the Court finds that the Motion should be **DENIED**.

**IT IS HEREBY ORDERED THAT** First State Bank, Abernathy's ("**FSB**") Motion to Dismiss Bankruptcy Case (the "**Motion**") [Dkt. 47] is **DENIED**; and,

**IT IS FURTHER ORDERED** that the Debtor, North Runnels Hospital District ("**North Runnels**") and First State Bank, Abernathy ("**FSB**") (collectively, the "**Parties**") have the authority to enter into the Settlement Agreement as set forth above;

**IT IS FURTHER ORDERED** that the agreement (the "**Settlement Agreement**") reached between the Parties, is hereby **APPROVED**;

**IT IS FURTHER ORDERED** that the Parties are bound by the terms as set forth in their Settlement Agreement;

**IT IS FURTHER ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### ### END OF ORDER ###

**Submitted By:**

**MULLIN HOARD & BROWN, LLP**
David R. Langston
P. O. Box 2585
Lubbock, Texas 79408-2585
Tel:    (806) 765-7491
Fax:    (806) 765-0553
Email:  drl@mhba.com

/s/ David R. Langston
David R. Langston, SBN #11923800
***Attorneys for First State Bank, Abernathy***