Katherine T. Hopkins
State Bar No. 24070737
Katherine.Hopkins@kellyhart.com
Harrison A. Pavlasek
State Bar No. 24126906
Harrison.Pavlasek@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

*Attorneys for Rural Hospital
Management Associates, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-10200 (SWE)** |
| | § | |
| **NORTH RUNNELS HOSPITAL DISTRICT** | § | **Chapter 9** |
| | § | |
| | § | |
| **Debtor.** | § | |

### NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that on November 17, 2025, Rural Hospital Management Associates, LLC, filed its *Motion for the entry of an Order (I) Setting a Status Conference; and (II) Granting Related Relief* [Docket No. 54] in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct a status conference in the above-captioned case on December 15, 2025, at 9:30 a.m. (CT).

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to participate in the status conference may do via WebEx using the following information:

**For WebEx Video Participation/Attendance**:
Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic only Participation/Attendance**:
Dial-In: 1-650-479-3207;
Access code: 2304 017 9738

**PLEASE TAKE FURTHER NOTICE** that additional information about the status conference is attached hereto as **Exhibit A**.

Dated: November 20, 2025

Respectfully submitted,

*/s/ Harrison A. Pavlasek*
Katherine T. Hopkins
State Bar No. 24070737
Katherine.Hopkins@kellyhart.com
Harrison A. Pavlasek
State Bar No. 24126906
Harrison.Pavlasek@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile:  (817) 878-9280

*Attorneys for Rural Hospital*
*Management Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on the Court's CM/ECF System on November 20, 2025.

*/s/ Harrison A. Pavlasek*
Harrison A. Pavlasek